**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

KEITH LEE WILLIAMS,
　　　　　*Petitioner-Appellant,*

　　　　　v.

EDWARD S. ALAMEIDA, Jr., Warden,
　　　　　*Respondent-Appellee.*

No. 05-55604

D.C. No.
CV-03-00196-NM
Central District of
California,
Los Angeles

ORDER

Filed May 30, 2008

Before: Kim McLane Wardlaw, Carlos T. Bea, and
N. Randy Smith, Circuit Judges.

---

## ORDER

Upon receiving certification that Keith Lee Williams did not submit himself to California state authorities within the 60-day conditional period set forth in *Williams v. Alameida*, 511 F.3d 973, 974 (9th Cir. 2007), we now dismiss Williams's appeal pursuant to the fugitive disentitlement doctrine. The mandate shall issue forthwith.

**IT IS SO ORDERED.**

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.